IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CAMDEN DEVELOPMENT INC., | § | |
| Plaintiff | § | |
| v. | § | No. 3:23-CV-1293-D |
| | § | |
| YAHUDAH TOLBERT, | § | |
| Defendant. | § | |

## JUDGMENT

The court has entered its findings in this case, adopting the findings, conclusions, and recommendation of the United States Magistrate Judge.

Therefore, it is ordered and adjudged that plaintiff's action is dismissed without prejudice under Federal Rule of Civil Procedure 41(b).

Done at Dallas, Texas August 28, 2023.


_____
SIDNEY A. FITZWATER
SENIOR JUDGE