IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CAMDEN DEVELOPMENT INC., <br> Plaintiff, | § <br> § <br> § <br> § |
| v. | §    No. 3:23-CV-1293-D <br> § |
| YAHUDAH TOLBERT, <br> Defendant. | § <br> § <br> § |

### ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the United States Magistrate Judge, dated July 31, 2023, the court finds that the findings and recommendation of the magistrate judge are correct, and they are adopted as the findings, conclusions, and recommendation of the court.

It is, therefore, ordered that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted.

**SO ORDERED**.

August 28, 2023

_____
SIDNEY A. FITZWATER
SENIOR JUDGE